[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12537
Non-Argument Calendar
_____

D.C. Docket No. 9:12-cr-80003-KLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KESLIN JOSEPH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 1, 2013)

Before BARKETT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Gary Kollin, appointed counsel for Keslin Joseph in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Joseph's convictions and sentences are **AFFIRMED**.

Nevertheless, because Joseph's criminal judgment contains two scrivener's errors, we issue a **LIMITED REMAND** for the district court to correct those errors, which will require the court to (1) alter the description of the offense in Count Two from "Delivering a firearm for shipment to a common carrier with notice" to "Delivering a firearm for shipment to a common carrier without notice;" and (2) correct a typographical error in Count Three, specifically, delete the additional "t" in the word "the."